UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAYONA McFADDEN,

    Defendant.

Case: 4:23−cr−20233
Assigned To : Behm, F. Kay
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 4/18/2023 12:34 PM
Description: INFO USA V. MCFADDEN (DA)

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### FALSE STATEMENT DURING PURCHASE OF FIREARM
### (18 U.S.C. § 924(a)(1)(a))

On or about July 12, 2022, in the Eastern District of Michigan, the defendant, Kayona McFadden, knowingly made a false statement and representation to Williams Gunsight, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Williams Gunsight, in that the defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473,

1

Firearms Transaction Record, stating she was the actual buyer/transferee of the firearm, whereas in truth and in fact, the defendant was purchasing the firearm for another individual who was not eligible to purchase a handgun from a licensed firearms dealer, in violation of Title 18, United States Code, Section 924(a)(1)(A).

Dated: April 18, 2023                              DAWN N. ISON
                                                                      United States Attorney

_____                _____
TIMOTHY M. TURKELSON                    ANTHONY P. VANCE
Assistant United States Attorney             Assistant United States Attorney
MI State Bar P-53748                              Chief, Branch Offices
600 Church Street
Flint, Michigan 48502-1280

Companion Case information MUST be completed by AUSA and initialed.

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes   ☑ No | AUSA's Initials: TT |

**Case Title:** USA v. Kayona McFadden

**County where offense occurred:** Genesee

**Check One:**  ☑ Felony   ☐ Misdemeanor   ☐ Petty

    ____Indictment/____Information --- **no** prior complaint.
    ____Indictment/ X Information --- based upon prior complaint [Case number: 22-mj-30490]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____  **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

April 18, 2023
    Date

*/s/ Timothy Turkelson*
Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013